1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                  EASTERN DISTRICT OF CALIFORNIA

10

11   BRANDON FAVOR,                                  1:17-cv-00028-JLT (HC)

12                  Petitioner,                      ORDER TRANSFERRING CASE TO THE
                                                     UNITED STATES DISTRICT COURT FOR
13          v.                                       THE CENTRAL DISTRICT OF CALIFORNIA

14   MAXINE ANDERSON,

15                  Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to

18   28 U.S.C. § 2254.

19          The federal venue statute requires that a civil action, other than one based on diversity

20   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

21   defendants reside in the same state, (2) a judicial district in which a substantial part of the events

22   or omissions giving rise to the claim occurred, or a substantial part of the property that is the

23   subject of the action is situated, or  (3) a judicial district in which any defendant may be found, if

24   there is no district in which the action may otherwise be brought." 28 U.S.C.  §  1391(b).

25          In this case, the petitioner is challenging a conviction from Los Angeles County, which is

26   in the Central District of California.  Therefore, the petition should have been filed in the United

27   States District Court for the Central District of California.  In the interest of justice, a federal

28   court may transfer a case filed in the wrong district to the correct district.  See 28 U.S.C. §

                                                     1

1    1406(a);  Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

2         Accordingly, the Court **ORDERS** that this matter is transferred to the United States

3    District Court for the Central District of California.

4
5    IT IS SO ORDERED.

6         Dated:   **January 19, 2017**                    **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2